IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| UNITED STATES OF AMERICA, | CR 18–11–M–DLC |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| DANIEL SCOTT PALLETT, | |
| Defendant. | |

Upon Petition of W. Adam Duerk, Assistant United States Attorney for the District of Montana, and good cause appearing therefore,

IT IS ORDERED that the Motion for Writ of Habeas (Doc. 24) is GRANTED.

IT IS FURTHER ORDERED that the Clerk of this Court issue a Writ of Habeas Corpus (for testimony) directing the Warden of the State of Nevada Department of Corrections, Warden Timothy Filson, State of Nevada Department of Corrections Wells Conservation Camp, Wells, Nevada, and Rod Ostermiller, United States Marshal for the District of Montana to produce Kristofer Ronald Adams, DOC ID # 1175885, before the Court at the Russell Smith Courthouse in

Missoula, Montana, at 9:00 a.m. on June 4, 2018, and Kristofer Ronald Adams is to stay in Federal custody until the conclusion of his testimony.

DATED this 17th day of May, 2018.

*[signature]*
Dana L. Christensen, Chief Judge
United States District Court