IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA, | CR 18–11–M–DLC |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| DANIEL SCOTT PALLETT, | |
| Defendant. | |

The government having filed an unopposed motion to quash the writ of habeas corpus,

IT IS ORDERED that the motion (Doc. 40) is GRANTED. The Writ of Habeas Corpus (for testimony) directing the Warden of the Montana State Prison, Deer Lodge, Montana, and Rod Ostermiller, United States Marshal for the District of Montana, to bring Whitney Allyson Lamere, DOC ID# 3018119, before the Court at the Russell Smith Courthouse, Missoula, Montana, on June 4, 2018, at 9:00 a.m. is QUASHED.

DATED this 1st day of June, 2018.

Dana L. Christensen, Chief Judge
United States District Court