IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18–11–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| DANIEL SCOTT PALLETT, | |
| Defendant. | |

The United States having filed an Unopposed Motion to Dismiss Superseding Indictment with Prejudice,

IT IS ORDERED that the Motion (Doc. 100) is GRANTED and the Superseding Indictment (Doc. 75) is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that the jury trial currently set for September 17, 2018, is hereby VACATED.

DATED this 13th day of September, 2018.

Dana L. Christensen, Chief District Judge
United States District Court